# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALEXA ONATE MELECIO, Individually and on behalf of all others similarly situated,<br>      Plaintiff,<br><br>      v.<br><br>NESHAMINY SW, LLC, doing business as "SALADWORKS," and<br>OHRAN G. VELI,<br>      Defendants. | CIVIL ACTION<br><br><br><br>NO. 24-1608 |

## O R D E R

**AND NOW**, this 23rd day of April, 2025, upon consideration of Defendants' Motion to Dismiss (ECF No. 10) and the response thereto (ECF No. 11), **IT IS ORDERED** that the Motion is **DENIED.**

                                                                  **BY THE COURT:**

                                                                  **/s/ Hon. Kelley B. Hodge**

                                                                      **HODGE, KELLEY B., J.**