IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

---

| | |
|---|---|
| ALEXA ONATE MELECIO, *individually, and on behalf of all others similarly situated,* : | |
| : | |
| Plaintiff, : | |
| : | Civil Action No.: 2:24-cv-01608 |
| v. : | |
| : | |
| NESHAMINY SW LLC d/b/a SALADWORKS and OHRAN G. VELI, : | |
| : | |
| Defendants. : | |

---

## **ORDER**

AND NOW, this 21st day of August, 2025, having been reported that the issues among the parties in the above action have been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is ORDERED that the above action is DISMISSED with prejudice, pursuant to agreement of counsel, with each party to bear its own costs and fees.

BY THE COURT:


/s/ Hon. Kelley B. Hodge
**HONORABLE KELLEY B. HODGE**
**United States District Court Judge**

Proposed Order jointly submitted by,

Dated: August 20, 2025

| BROWN, LLC | ALAN L. FRANK LAW ASSOCIATES, P.C. |
|---|---|
| */s/ Jason Brown* <br> Jason T. Brown <br> Eric Sands, Esq. (PHV) <br> 111 Town Square Place, Suite 400 <br> Jersey City, NJ 07310 <br> T: (877) 561-0000 <br> F: (855) 582-5297 <br> jtb@jtblawgroup.com <br> eric.sands@jtblawgroup.com <br><br> *Attorneys for Plaintiff* | */s/ Alan Frank* <br> Alan L. Frank, Esq. <br> Jordan Frank, Esq. <br> 135 Old York Road <br> T: (215) 935-1000 <br> F: (215) 935-1110 <br> Jenkintown, PA 19046 <br> afrank@alflaw.net <br> jordanfrank@alflaw.net <br><br> *Attorneys for Defendants* |

## CERTIFICATE OF SERVICE

The undersigned certifies that on the 20th day of August, 2025, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which sent notification of such filing to all counsel of record.

/s/ *Jason Brown*
Jason Brown